# United States District Court
## Southern District of Georgia

ALEXANDER BLAKE SMITH

_____   Case No. _____CV 421-120_____
Plaintiff

v.   MR. JOSEPH CUSHNER, et. al.

Appearing on behalf of

Plaintiff

_____   _____
Defendant   (Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __10th__ day of __May__, __2021__.

_____
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

*****

NAME OF PETITIONER:   DAVID BENJAMIN RICKS

Business Address:   NELSON AND SMITH, LLC
Firm/Business Name

688 Walnut Street, Suite 103
Street Address

_____   Macon   Ga   31201
Street Address (con't)   City   State   Zip

_____
Mailing Address (if other than street address)

_____   _____   _____   _____
Address Line 2   City   State   Zip

478.746.1468   167205
Telephone Number (w/ area code)   Georgia Bar Number

Email Address:   dricks@nelsonsmith.com